# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Heidi E. Hall,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

vs.     3:09-cv-103-FDW

Michael Astrue,

    Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2010 Order.

    Signed: September 29, 2010

Frank G. Johns, Clerk
United States District Court